1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re VIRGIL V.R. RANDALL.

_____/

No. C 13-4372 MEJ  (PR)

**ORDER OF TRANSFER**

Plaintiff Virgil V.R. Randall, a state prisoner currently incarcerated at Folsom State Prison (FSP) in Represa, California, has filed a a *pro se* civil rights complaint under 42 U.S.C. § 1983.

The acts complained of in his complaint occurred at FSP, located in Sacramento County, which lies in the Eastern District of California.  Venue, therefore, properly lies in the Eastern District and not in this one.  See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk of the Court shall transfer the case forthwith.

IT IS SO ORDERED.

DATED:     September 26, 2013                    _____

Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


VIRGIL RANDALL,

            Plaintiff,

  v.

DEPT OF CORRECTIONS et al,

            Defendant.

—————————————————/

Case Number: CV13-04372 MEJ

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Virgil V.R. Randall
Folsom State Prison
D20914
Represa, CA 95671

Dated: September 26, 2013

                    Richard W. Wieking, Clerk
                    By: Rose Maher, Deputy Clerk